IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01960-PAB-KMT

LU CELIA KINARD,

   Plaintiff,

v.

CYNTHIA ROTHROCK KINARD, individually and
as Administratrix of the Estate of Walter A. Kinard,

   Defendant.

_____

**ORDER**
_____

   This matter is before the Court on a review of the docket.  The Court has

identified a number of filings that violate Federal Rule of Civil Procedure 5.2(a).  *See,*

*e.g.*, Docket Nos. 35-2, 41-2, 44-2, 68-2, 72-1, 75-1.  Therefore, it is

   **ORDERED** that Docket Nos. 35, 41, 44, 68, 72, and 75 shall be sealed.  It is

further

   **ORDERED** that, on or before **5:00 p.m.** on **Monday, July 11, 2011**, the parties

shall re-file each of those documents in compliance with Federal Rule of Civil

Procedure 5.2(a).  It is further

   **ORDERED** that, on or before **5:00 p.m.** on **Monday, July 11, 2011**, each party

shall review its filings in this matter and shall certify that no other information subject to

Rule 5.2(a) appears in any of their public filings or, if any such confidential information

is identified, shall move to seal the relevant document and re-file the document in

compliance with Rule 5.2(a).

DATED July 7, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge