IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-01960-PAB-KMT

LU CELIA KINARD,

      Plaintiff,

v.

CYNTHIA ROTHROCK KINARD, individually and
as Administratrix of the Estate of Walter A. Kinard,

      Defendant.

_____

**ORDER**
_____

This matter is before the Court on the parties' certificates of compliance [Docket Nos. 82, 88] with the Court's July 7, 2011 Order [Docket No. 76]. On July 7, 2011, the Court ordered that Docket Nos. 35, 41, 44, 68, 72, and 75 be sealed because they violated Federal Rule of Civil Procedure 5.2(a). The Court further ordered the parties to review all of their filings and certify that no other information subject to Rule 5.2(a) appears in any of their public filings. If any such confidential information was identified, the parties were required to file motions to seal the relevant documents and to re-file the documents in compliance with Rule 5.2(a). Both parties have identified additional filings that violated Rule 5.2(a), but have failed to file motions to seal. The Court nevertheless will consider the requests to seal included in the parties' certificates of compliance. *See* Docket No. 82 at 2, ¶ 5; Docket No. 88 at 2, ¶ 2. Pursuant to Federal Rule of Civil Procedure 5.2(d), it is

      **ORDERED** that Docket Nos. 9, 11, 20, 23, 24, 25, 26, 38, 39, 40, 49, 58, and 64

shall be sealed.

DATED July 12, 2011.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge