IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01960-PAB-KMT

LU CELIA KINARD,

    Plaintiff,

v.

CYNTHIA ROTHROCK KINARD, individually and
as Administratrix of the Estate of Walter A. Kinard,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's motion [Docket No. 132] requesting that the Court correct a citation in an April 9, 2012 order [Docket No. 131]. Defendant points out that, in footnote 2 of that order, the Court mistakenly cited a motion for attorney's fees which appears at Docket No. 129 as Docket No. 130. The Court has identified another typographical error in that footnote as well. Therefore, it is

    **ORDERED** that defendant's motion [Docket No. 132] is GRANTED and footnote 2 in the April 9, 2012 order [Docket No. 131] shall be corrected to read as follows:

> As noted above, her former client, who has notice of the lien, will receive a disbursement far exceeding the amount of either lien amount stated in Ms. Koller's filings. The Court retains jurisdiction over enforcement of that lien, *see Davis*, 2012 WL 975836, at *2, and will be able to address Ms. Koller's motion for attorney's fees [Docket No. 129] once she files a certification of compliance with D.C.COLO.LCivR 7.1A and that motion has been fully briefed.

    DATED October 4, 2012.