IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01960–PAB–KMT

LU CELIA KINARD,

    Plaintiff,

v.

CYNTHIA ROTHROCK KINARD, individually and as Administratrix of the Estate of Walter A. Kinard,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on "Motion and Notice of Intent to Withdraw as Attorney of Record for Defendant" (#136, filed March 26, 2013). Being otherwise fully advised, it is hereby ORDERED that the Motion (#136) is GRANTED. Attorney Stuart Scott Lasher is relieved of any further representation of Defendant in the above-captioned matter. The Clerk of Court is instructed to remove Mr. Lasher from the electronic certificate of mailing. The Clerk of Court is also instructed to send this Minute Order to Defendant at the address provided in the Motion (#136).

Dated: March 27, 2013